

NUMBER 13-18-00492-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARTIN CASTORENA JR.,                                          Appellant,

v.

LAURA PATRICIA CASTORENA,                                     Appellee.

On appeal from the 275th District Court
of Hidalgo County, Texas.

## ORDER ABATING APPEAL

Before Justices Rodriguez, Longoria, and Hinojosa
Order Per Curiam

This cause is before the Court because the court reporter, Dahlia Robeldo, has failed to file the reporter's record. The reporter's record in this cause was due to be filed on September 26, 2018. On October 7, 2018, the Court notified the reporter that the record was due on September 26, 2018 and requested that it be filed within thirty days.

The record was not filed and on November 19, 2018, the Court directed the reporter to file the record within ten days. The reporter was notified that if no response was received, the matter would be referred to the Court. To date, the reporter has not responded or filed the record.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED, and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellant has abandoned the appeal. If it is determined that appellant has not abandoned the appeal, the court shall further determine if appellant's attorney of record continues to represent appellant and will diligently pursue this appeal.

The court shall further determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

2

Delivered and filed this
the 7th day of December, 2018.